**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Paul Edwards,

          Plaintiff,

v.

The Prudential Insurance Company of
America,

          Defendant.

No. 26-cv-2113 (LMP/DLM)


**ORDER TO MEET AND CONFER**
**AND SUBMIT JOINT**
**RULE 26(f) REPORT**
[ERISA cases]

---

Plaintiff brings this action for individual disability benefits under ERISA. Ordinarily, a pretrial schedule is determined following a pretrial conference. *See* Fed. R. Civ. P. 16(a). However, the Court is mindful of the requirement that this matter should be managed, and the rules applied, to "secure the just, speedy, and inexpensive" resolution of this litigation. Fed. R. Civ. P. 1. Therefore, the Court holds a pretrial conference in cases such as this one, which are typically decided on the Administrative Record, only if: (1) the parties request one; (2) a review of the joint Rule 26(f) Report indicates that the parties cannot agree on appropriate deadlines; (3) it appears the case might require discovery; or (4) if other aspects of the case require greater discussion.

For these reasons, the Court will not automatically set a pretrial scheduling conference in this case; however, the Court encourages any party to request one if the party believes an early conference will assist the parties and the Court. The Court may, on its own, determine that a pretrial scheduling conference is necessary upon receipt of the parties' Rule 26(f) report, and if so, will notify the parties. Otherwise, the Court will issue

a Pretrial Scheduling Order pursuant to Fed. R. Civ. P. 16(b) based on the parties' Joint Report under Fed. R. Civ. P. Rule 26(f).

The parties must meet and confer **no later than June 17, 2026**, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Local Rules. Counsel and pro se litigants are expected to review and familiarize themselves, _before_ the Rule 26(f) conference, with the Federal Rules of Civil Procedure and the Local Rules for the District of Minnesota ("Local Rules"). A copy of the Local Rules can be found on the Court's website at _http://www.mnd.uscourts.gov/local_rules/index.shtml._

A Joint Rule 26(f) Report must be submitted using the Court's ERISA form template attached. **Do not use the generic form available on the District of MN website or another magistrate judge's form. Your Joint Rule 26(f) Report must be filed no later than June 24, 2026**.

In addition to the Rule 26(f) Report, each party shall email to chambers a confidential settlement letter addressing what settlement discussions have taken place, whether the party believes an early settlement conference would be productive, and what discovery each party believes is necessary before an early settlement conference can take place, no later than **June 24, 2026**.

If any party does not have counsel of record listed in this case, Plaintiff's counsel bears the responsibility to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

Failure of any party or counsel to comply with any part of this Notice may result in the imposition of an appropriate sanction on the party or attorney who failed to comply, or both.

DATED:  June 3, 2026                                   s/Douglas L. Micko
                                                      DOUGLAS L. MICKO
                                                      United States Magistrate Judge


Attachment